UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED

SEP 21 2006

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA,

    Plaintiff,

V.

    Criminal Action No. 2:06MJ22

HUGO NELSON MELGAR GARCIA,

    Defendant.

## ORDER

The above-named defendant, having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act based upon the CJA-23 Financial Affidavit submitted by the defendant, it is ORDERED that the Federal Public Defender, Richard Walker, of 230 West Pike Street, Huntington Bank, Ste. 360, Clarksburg, West Virginia 26301, Telephone No.(304) 622-3823, is hereby APPOINTED to represent the defendant for this action.

The Clerk is directed to forward a copy of this Order to the defendant, the Office of the Federal Public Defender, United States Attorney, United States Probation, and the United States Marshal's Office.

DATED: September 21, 2006

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE